No. 99–9480. ANCRUM v. MOORE, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 99–9481. ARMAND v. STRACK, SUPERINTENDENT, FISH-KILL CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 99–9482. ABNEY v. CITY AND COUNTY OF PHILADELPHIA, PENNSYLVANIA, ET AL. C. A. 3d Cir. Certiorari denied. ▮

No. 99–9485. SYLVESTER v. CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 99–9486. STARKS v. YUKINS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 99–9490. ROCQUEMORE v. ILLINOIS. App. Ct. Ill., 5th Dist. Certiorari denied.

No. 99–9491. BURGE v. COLORADO. Dist. Ct. Colo., Jefferson County. Certiorari denied.

No. 99–9492. NEGRON v. UNITED STATES; and
No. 99–9752. GREEN v. UNITED STATES. C. A. 6th Cir. Certiorari denied. Reported below: 202 F. 3d 869.

No. 99–9495. BANKS v. CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied.

No. 99–9496. CLICK v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 99–9497. BERNAY v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 99–9498. CORDOVA v. BOLTON ET AL. C. A. 5th Cir. Certiorari denied.

No. 99–9504. CHRONISTER v. CATOE, DIRECTOR, SOUTH CARO-LINA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 4th Cir. Certiorari denied.

No. 99–9505. MCFADDEN v. CALIFORNIA DEPARTMENT OF CONSUMER AFFAIRS. Ct. App. Cal., 2d App. Dist. Certiorari denied.